GORDON HOFF, Respondent, v. THOMAS F. YOUNG, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants plaintiff's motion for leave to amend his complaint, in an automobile negligence action.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK LABICKI, Appellant, v. WARDEN OF THE STATE PRISON AT AUBURN, NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY COPPOLA, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, Auburn, N. Y.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DANIEL DiMINNO, Appellant, v. JOSEPH H. BROPHY, Warden of Auburn State Prison, Auburn, New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

THE BATAVIA TIMES PUBLISHING COMPANY, Respondent, v. GARY J. FURY, Appellant.— Motion for leave to appeal to the Court of Appeals denied with ten dollars costs. Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.

NETTIE FREEDMAN, Respondent, v. CLINTON COURT CORPORATION, INCORPORATED, Appellant.— Motion for a reargument denied. Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 643.] Present — Sears, P. J., Crosby, Lewis, Cunningham and Taylor, JJ.

In the Matter of DONALD N. MORRIS, an Attorney, Respondent.— Application for termination of suspension granted. [See 249 App. Div. 713.] Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

In the Matter of ISRAEL SCHOENBERG, an Attorney, Respondent.— Application for termination of suspension granted. [See 250 App. Div. 892.] Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

In the Matter of the Application of PETER DOMKIEWICZ for a Peremptory Mandamus Order Directed Upon ALONZO G. HINKLEY as Justice of Supreme Court, Erie County.— Petition denied. The sentence imposed was within the discretionary power of the sentencing justice. Present — Sears, P. J., Crosby, Lewis, Taylor and Dowling, JJ.

## (May 11, 1938.)

SANDY CORSARO, Appellant, v. ARROW BATTERY COMPANY, Respondent.— Order so far as appealed from modified and as modified affirmed, without costs of this appeal to either party. All concur. (The order grants a motion for a physical examination before trial in a silicosis action.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.